1
2
3
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT
10        CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION
11
12
13
14
15   LIONEL WALTER,                    ) CV 09-3932-R (SH)
                                        )
16                                      ) ORDER ADOPTING REPORT AND
                    Plaintiff,          ) RECOMMENDATION OF UNITED
17                                      ) STATES MAGISTRATE JUDGE; and
          v.                            ) ORDER
18                                      )
     LANCASTER STATE PRISON             )
19   MEDICAL DEPARTMENT, et al.,        )
                                        )
20                  Defendants.         )
                                        )
21   _____)
22        Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the
     Complaint and other papers along with the attached Report and Recommendation
23
     of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the
24
     Report and Recommendation.
25
          IT IS HEREBY ORDERED that:
26
          1.   The Report and Recommendation is approved and adopted.
27
          2.   Defendant's Motion to Dismiss is granted.
28

                                        1

3.  Plaintiff's Complaint dismissed without leave to amend for failure to exhaust administrative remedies.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order on the Plaintiff and counsel for Defendants.

DATED: _July 1, 2010__

_____

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

2