UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LIONEL WALTER,<br><br>        Plaintiff,<br><br>    v.<br><br>LANCASTER STATE PRISON,<br>MEDICAL DEPT., et al.,<br><br>        Defendants. | ) CV 09-3932-R (SH<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

      Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

      IT IS ADJUDGED that Judgment be entered dismissing the Complaint without leave to amend.

DATED: July 1, 2010_

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE